# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  CASE NO.  10-10897-HCM
MARY LEE AUSTIN

**DEBTOR**  **CHAPTER 13**

### TRUSTEE'S NOTICE TO PAY UNCLAIMED FUNDS TO THE COURT

COMES NOW, Deborah B. Langehennig, the Chapter 13 Trustee in this case, and reports the following:

1. Debtor filed for relief under Chapter 13 on April 5, 2010. The Court confirmed the Debtor's plan on September 29, 2010.

2. The Trustee has a balance on hand in this case in the amount of $4,164.92 which is owed to the Debtor as a refund. The Trustee has mailed these funds to the Debtor but the check(s) was (were) not negotiated.

3. The Trustee, therefore, believes the unclaimed funds owing the Debtor should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code.

4. The Trustee's check for $4,164.92, payable to the Clerk of the Court, is attached to this notice.

FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure and 11 U.S.C. Sec. 347(a), the Trustee files the following list of all know names and addresses of the persons and the accounts to which they are entitled to be paid from the estate.

| **Name and Address of Debtor** | **Amount of Disbursment Check** |
|---|---|
| Mary Lee Austin<br>2021 Encino Circle<br>Austin, TX  78723-5714 | $4,164.92 |

Respectfully submitted,

/s/  Deborah B. Langehennig

Deborah B. Langehennig
3801 S Capital Of Texas Hwy
Suite 320
Austin, TX  78704-6640
(512) 912-0305
Fax: (512) 916-9234

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

IN RE:  CASE NO. 10-10897-HCM

MARY LEE AUSTIN

**DEBTOR**  **CHAPTER 13**

## CERTIFICATE OF SERVICE

I, Deborah B. Langehennig, certify that a true and correct copy of the Chapter 13 Trustee's Objection to Proof of Claim has been mailed by US Mail (unless otherwise noted below) to the Debtor, the Debtor's Attorney of Record, and all creditors at the addresses listed below on June 25, 2014.

| | |
|---|---|
| MARY LEE AUSTIN<br>2021 ENCINO CIRCLE<br>AUSTIN, TX 78723-5714 | LAW OFFICE OF NELS C<br>HANSEN PC<br>1016 LA POSADA STE 140<br>AUSTIN, TX 78752-3817<br>(SERVED ELECTRONICALLY) |
| BARRETT DAFFIN FRAPPIER<br>TURNER & ENGEL, LLP<br>1900 ST. JAMES PLACE, SUITE 500<br>HOUSTON, TX 77056 | HSBC MORTGAGE SERVICES<br>PO BOX 21188<br>EAGAN, MN 55121-4201 |
| U.S. TRUSTEE<br>903 SAN JACINTO, SUITE 230<br>AUSTIN, TX 78701<br>(SERVED ELECTRONICALLY) | |

Respectfully submitted,

/s/ Deborah B. Langehennig

Deborah B. Langehennig
3801 S Capital Of Texas Hwy
Suite 320
Austin, TX 78704-6640
(512) 912-0305
Fax: (512) 916-9234