IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-10897 HCM |
| | § | |
| MARY LEE AUSTIN | § | |
| | § | |
| DEBTOR | § | CHAPTER 13 |

### DEBTOR'S NOTICE OF CHANGE OF ADDRESS

To the Honorable H. Christopher Mott, United States Bankruptcy Judge:

COMES NOW, Debtor files this Debtor's Notice of Change of Address and shows unto the Court that:

1. The Debtor has moved or changed the mailing address since filing. The new mailing address is:

> 328 Spring Brook Road
> Pflugerville, TX 78660-5355

Respectfully submitted,
Law Office of Nels C. Hansen P.C.
1016 La Posada, Suite 140
Austin, Texas 78752-3817
(512) 458-4138
Fax (512) 458-4213
nch@hansenandassociates.com
TBC# 00794965

*/s/Nels C. Hansen*
Nels C. Hansen

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 07/01/2014, a true and correct copy of the foregoing **DEBTOR'S NOTICE OF CHANGE OF ADDRESS** was served upon the following parties in interest via electronic means as listed on the court's ECF noticing system or by U.S. mail.

| CHAPTER 13 TRUSTEE | UNITED STATES TRUSTEE | DEBTOR |
|---|---|---|
| Deborah B. Langehennig | Austin U.S. Trustee | Mary Lee Austin |
| 3801 Capital of TX Hwy, So, Ste 320 | 903 San Jacinto, #230 | 328 Spring Brook Road |
| Austin, Texas 78704-6640 | Austin, Texas 78701-2450 | Pflugerville, TX 78660-5355 |
| (Sent via electronic notification) | (Sent via electronic notification) | |
| | | |
| Barrett, Daffin, Frappier | Blake Rasner | Buckley Madole, P.C. |
| Turner & Engel, L.L.P. | Haley & Olson | PO Box 829009 |
| 1900 St James Place, Ste. 500 | 510 North Valley Mills Drive Ste 600 | Dallas, TX 75243-9009 |
| Houston, TX 77056-4125 | Waco, TX 76710 | (Sent via electronic notification) |
| (Sent via electronic notification) | (Sent via electronic notification) | |
| | | |
| HSBC Mortgage Services, Inc. | | |
| 636 Grand Regency Blvd | | |
| Brandon, FL 33509 | | |
| (Sent via electronic notification) | | |

*/s/ Nels C. Hansen*
Nels C. Hansen